# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of December, two thousand twenty-four.

| | |
|---|---|
| In re Approximately $3.5 Billion of Assets on Deposit at the Federal Reserve Bank of New York in the Name of Da Afghanistan Bank.<br>****************************************************<br>William Wodenshek, et al.,<br><br>               Plaintiffs-Appellants,<br><br>v.<br><br>Da Afghanistan Bank,<br><br>               Defendant-Appellee. | **ORDER**<br><br>Docket Nos. 22-965(L)<br>22-975 (Con) |

In re Approximately $3.5 Billion of Assets on Deposit at the Federal Reserve Bank of New York in the Name of Da Afghanistan Bank.
****************************************************
Sarah Wodenshek, child of 9/11 decedent Christopher Wodenshek, et al.,

               Plaintiffs-Appellants,

v.

The Taliban,

               Defendant-Appellee.

      By letter dated December 2, 2024, the Appellants request that these appeals be lifted from abeyance.

IT IS HEREBY ORDERED that Appellees are directed to file a response to Appellants' December 2, 2024 letter by December 16, 2024.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court