# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of December, two thousand twenty-four.

Before:     William J. Nardini,
               *Circuit Judge*.

_____

| | |
|---|---|
| In re Approximately $3.5 Billion of Assets on Deposit at the Federal Reserve Bank of New York in the Name of Da Afghanistan Bank.<br>*********************************************** <br>William Wodenshek, et al.,<br><br>              Plaintiffs-Appellants,<br>v.<br><br>Da Afghanistan Bank,<br><br>              Defendant-Appellee. | **ORDER**<br><br>Docket Nos. 22-965(L)<br>22-975 (Con) |

_____

In re Approximately $3.5 Billion of Assets on Deposit at the Federal Reserve Bank of New York in the Name of Da Afghanistan Bank.
*****************************************************
Sarah Wodenshek, child of 9/11 decedent Christopher Wodenshek, et al.,

              Plaintiffs-Appellants,

v.

The Taliban,

              Defendant-Appellee.
_____

    By letter dated December 2, 2024, the Appellants request that these appeals be lifted from abeyance. Appellees oppose the request.

IT IS HEREBY ORDERED that the request is DENIED.

        For the Court:

        Catherine O'Hagan Wolfe,
        Clerk of Court

